# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES ALLEN DOOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-3361-CV-S-JTM |
| | ) |
| HOWELL COUNTY, MISSOURI, | ) |
| MIKE SHANNON, and | ) |
| DAVID LARENSKI, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due consideration of *Defendant's Amended Motion to Compel*, filed June 27, 2014 [Doc. 14], and for good cause appearing, it is

**ORDERED** that Defendant's motion is **GRANTED**. Plaintiff James Allen Dooley shall file complete answers and responses to said written discovery within 14 days from the date of this Order. Accordingly, the Court further finds *Defendant's Motion To Compel*, filed May 6, 2014 [Doc. 10] to be moot.

    */s/ John T. Maughmer*
      **John T. Maughmer**
  **United States Magistrate Judge**