# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| **James Allen Dooley,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-3361-CV-SW-JTM |
| | ) |
| **Howell County, Missouri, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

On October 31, 2014, this Court entered its ORDER TO SHOW CAUSE [Doc. 17] ordering plaintiff to show cause on or before November 14, 2014 why this matter should not be dismissed for failure to prosecute. Plaintiff was further advised that failure to timely show cause would result in summary dismissal of this action. The Clerk of the Court mailed, via certified mail 70131710000056177497, a photocopy of the ORDER TO SHOW CAUSE to plaintiff James Allen Dooley to HC67 Box 51, Mountain View, Missouri, 65548 -- the only address plaintiff provided to the Court. To date, the Court has received no response to its ORDER TO SHOW CAUSE.

Accordingly, it is

**ORDERED** that DEFENDANT'S MOTION TO DISMISS, filed September 9, 2014 is **GRANTED** and this matter is DISMISSED WITH PREJUDICE, each party to bear its own cost and fees.

                                             */s/ John T. Maughmer*
                                                **John T. Maughmer**
                                         **United States Magistrate Judge**